UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAVID MATTA,<br><br>           Petitioner,<br><br>    v.<br><br>CRAIG KOENIG, et al.,<br><br>           Respondent. | Case No.: 1:19-cv-0690 JLT (HC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

The petitioner is challenging a conviction from San Sacramento County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the petition should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. Good cause appearing, the Court **ORDERS**:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

///

///

///

///

1

2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>501 "I" Street, Suite 4-200
>Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **May 22, 2019**                              **/s/ Jennifer L. Thurston**
                                                                       UNITED STATES MAGISTRATE JUDGE